# EXHIBIT A

Christina Burden
2401 Aldrich Street  #242 Austin, Texas 78723

Dear Honorable Judge Gonzales Rogers,

My name is Christina Burden, a soon-to-be convicted felon who takes ownership for her actions. I will appear before you not as an honorable member of society, but a disgraced, ashamed, and remorseful person. I failed myself, my family, friends, others, and businesses when I broke the law. I am continually tormented with shame, embarrassment and humiliation because of bad decisions that I made.

This past year has been a year of awakening and deep soul-searching that I have never, ever done before. When I was arrested by ICE, the time spent in Waco, Texas county jail and, after my release I have been consistently thinking; when and why I lost my values, my integrity, and myself on my journey through life. In order for me to understand why I lost my values and start the process of striving to become a woman of integrity, honor, dignity, someone who can help others, have healthy boundaries and limitations, and be a person who is able to give back to our communities while honoring our laws, I developed and have executed a strategy for the past year. That strategy first began with me taking ownership of my actions, understanding who I am, working through childhood traumas by seeking professional help through counseling, healing emotionally, and giving back to businesses by volunteering.

I grew up in a single parent home in a crime ridden and drug infested area in Austin, TX. Because my mother was emotionally, mentally, financially, and physically unstable, I had an unstable childhood and moved numerous times, lived in mice infested apartments, often lacked electricity, heat, and food and would at times go to school hungry, dirty and bad hygiene due to my living situations.

I was rejected and abandoned by dad, rejected, bullied, and treated negatively by my family, teachers, other students, and the church I had to attend with my mom. I was so lonely and afraid. Furthermore, I tried talking to my mother about my feelings, the rejections, the loneliness, and why people, including my family and kids at school, did not like me. I wanted to

understand what was wrong with me and why. My mother's response was, "you are not giving enough, get over it, and learn how to deal with it". I remember getting out of the hospital after having surgery for ovarian cyst, and she dropped me off at my grandmother's house because she had to help the church. Ninety-five percent of my childhood outside of school was spent at church, helping others, and being a caregiver to my great-grandmother, grandfather and mother when she had severe asthma attacks.

In middle school, I remember asking my mother if she and I could go to counseling, and she said, "African Americans do not go to counseling because they (people who are not persons of color) do not know anything about being an African American, and we do not tell anyone what goes on in our house, our feelings, and get over it". At that point, I accepted the abandonment and rejections and focused on helping myself so that my mom and I would not suffer and that my mother would be better emotionally and psychologically. I grew up thinking that others rejecting, never having enough, and being mean to me was the norm because I did not give enough to the church.

Over the course of 2020, I used the money I fraudulently received to help others and provided it to the following people:

**Aisha Chiappetta**: I gave my ex partner $263,455.15. That money was given to her to provide enhancements to my businesses through sales and consulting. Instead of helping me, she used the money on personal items for herself; such as a luxury car (worth $90,000 which was listed in the arrest documents), plastic surgery, and $120,000 on luxury items from Neiman Marcus, Goyard, Nordstrom, Louis Vuitton, and Channel. I was not in a romantic and physical relationship with Ms. Chiappetta at the time she spent the money.

**Pamela Harris**-of Harris Twins Ministry, my former ministry leader: I gave her $285,457.10 in good faith for her sister Paulette's funeral expenses, and additional living expenses. Ms. Paulette's funeral expenses were excessive because she weighed approximately 635 pounds. It wasn't until the funeral of Ms. Paulette Harris, that I realized their ministry was not legit because they did not have a 501c3 and the money Pamela received from me was going directly to her personal bank account. I also learned they and their

ministry was a scam because they received multiple donations from others. Pamela spent the money on Amazon purchases, excessive eating (almost $9K with), and $16K on a luxury boat rental in Chicago, IL.

**Self:** I spent $113,378.75 on myself to apply for (TradeMark Rights, h Inc File - third-party provider to be a registered agent and keep my business in compliance, car payments, insurance).

**Mother**: I gave $180,000 to my mother, who used the funds to fix up her house as my disabled elderly grandmother (85+) needed better living conditions and a car that was reliable and suitable for a wheelchair.

**Donations**: I gave over $300K+ in donations through Blessing Box Co. to various families and communities.

### 2020 Range Rover Sport
- Purchased directly by my ex partner Aisha Chiappetta and was registered to her name. The cost of the car was $90,000 and was registered to her. The car was seized by the FBI and Aisha paid for the car to be returned to her,

### 2020 Mercedes-Benz
- Purchased directly by my mother Alesia Brown the cost of the car was $38,0000 and was registered to her. She said that she acquired an SUV for my grandmothers' wheelchair since she is immobile. The car has since been seized by the FBI.

### 2020 Nissan Altima
- This was the only car that I was aware of that was being purchased for $22,000 which I provided the cashiers check to Christi Tolbert for her son to have transportation entering college. The car has since been seized by the FBI.

**What This Experience Has Taught Me:**
This experience has taught me that regardless of my childhood, I cannot blame anyone but myself for my actions. I also realized that I need counseling, I have to love myself, and it is okay not to give and give, the meaning of friendship and love, complete my education and trust no one.

As you consider my sentence, I ask that you have mercy and know that I have learned from this and that after my period in custody I will become a valued member of society. I have recognized my issues and started the healing process. It has taken almost a year to look at myself in a mirror because of my actions, and I am truly sorry. I take full responsibility and make no excuses.

Although I made poor choices in 2020, I have been able to regroup, I've had my own apartment since being arrested in 2021, I work and volunteer and have been living a responsible life. Instead of focusing on the pain from my past and childhood and allowing it to cause me to go into a tailspin, I am focusing on the good I can continue to do in my community and in society.

I ask that you believe and know that I am committed to becoming that woman of integrity, honor, dignity, helping others, and giving back to our communities while honoring our laws.

Sincerely,
Christina Burden